PROB 12C
(7/93)

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
FILED
March 03, 2025
Laura A. Austin, Clerk
By: s/ Kelly Anglim
Deputy Clerk

# United States District Court
## for the
## Western District of Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Tiawan Minnis     Case Number: 7:19CR00036

Name of Sentencing Judicial Officer: The Honorable Elizabeth K. Dillon, Chief U.S. District Judge

Date of Original Sentence: August 26, 2022

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture Containing Methamphetamine

Original Sentence: 70 months incarceration followed by 8 years supervised release

Type of Supervision: Supervised release     Date Supervision Commenced: February 16, 2024

Asst. U.S. Attorney: R. Andrew Bassford     Defense Attorney: Seth C. Weston

---

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation office believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| <u>1</u> | **<u>Mandatory Condition #1:</u>** *"You must not commit another federal, state, or local crime."* <br><br> On February 18, 2025, officers with the Roanoke City Police Department executed a search warrant against Minnis as part of an ongoing investigation into the distribution of fentanyl. According to the incident report, the search was conducted at 153 Wildhurst Avenue Northeast, Roanoke, VA 24012, where they had regularly seen Minnis entering and exiting. Minnis was detained for the duration of the search. He was cooperative with officers and admitted that there would be illegal substances found within the apartment. During the course of the investigation, officers discovered 1,289 grams of a white crystal-like substance which they believe to be "fake methamphetamine", 416.3 grams of a substance which field tests determined to be fentanyl, and a Smith and Wesson handgun. Minnis admitted to possessing the drugs, but denied possessing the firearm. He reported that the gun belonged to one of his girlfriend's sons, stating that they are often coming in and out of the apartment. Minnis was released from their custody at the conclusion of the search. <br><br> On February 20, 2025, Minnis reported to the probation office to discuss the incident. During the course of this meeting, he admitted to the probation officer that he has been involved in drug distribution for approximately a month and a half. No charges have been issued at this time, but the Roanoke City Police Department |

Name of Offender:  Carlos Tiawan Minnis                                    Case Number:  7:19CR00036

intends to pursue indictments at the next Grand Jury session in April of 2025.

Additionally, Minnis still has the following charges pending in the Lexington/Rockbridge General District Court: Driving While Intoxicated, 1st Offense, Refuse Blood/Breath Test, and Failure to Obey Highway Lane Markings. These charges stem from a traffic stop on November 14, 2024, and his next court date is set for April 23, 2025.

<u>**2**</u>     **Mandatory Condition #2:** *"You must not unlawfully possess a controlled substance."*

On February 18, 2025, officers with the Roanoke City Police Department executed a search warrant and found that Minnis was in possession of 1,289 grams of "fake methamphetamine" and 416.3 grams of fentanyl. No charges have been issued at this time, but the detective intends to seek indictments at the Grand Jury session in April of 2025.

U.S. Probation Officer Recommendation:

The term of supervision should be:

   [X]   Revoked
   [ ]   Extended for   year(s), for a total term of   years.

[ ]   The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on        February 28, 2025

Nathan R. Sigmon
U.S. Probation Officer

Name of Offender: Carlos Tiawan Minnis                          Case Number: 7:19CR00036

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[ ]   The Issuance of a Summons
[ ]   Other

_/s/ Elizabeth K. Dillon_
Signature of Judicial Officer

March 3, 2025
Date